# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO
# U.S. MAGISTRATE JUDGE MINUTE ENTRY

☒Arraignment
☒Hearing on Conditions of Release: Continued

MAGISTRATE JUDGE: Raymond E. Patricco, Jr.  DATE: June 24, 2025
DEPUTY CLERK/ESR: Brandi Fifer                TIME: 10:14 – 10:33 AM
Recorded in Courtroom 7                         Boise to Coeur d'Alene

### UNITED STATES OF AMERICA vs. Susan White aka Susan Milne
2:23-cr-00137-AKB-1

Counsel for:    United States (AUSA): Brittney Campbell
                Defendant: Lorinda Youngcourt, Federal Defender
                USPO: Gavin Zickefoose/ Allyson Briscoe

☒Defendant appeared out of custody for Arraignment.
☒Defense Counsel noted Defendant's married name was Milne.  Defendant requested to be addressed as Milne.
☒Defendant waived personal appearance.
☒Defendant placed under oath.
☒Constitutional Right to Counsel advised.
☒Financial Affidavit reviewed/qualified and Court appointed the Federal Defender to represent the Defendant.
☒Court reviewed the record.
☒Constitutional Right to Jury Trial advised.
☒Defendant has received/reviewed the Indictment.
☒Defendant advised of maximum penalties that could be imposed on offense.
 ☒Indictment      ☐Information       ☐Complaint
                  ☒Defendant understood charges and maximum penalties.
                  ☐Read by Clerk      ☒Waived reading      ☐Read by Interpreter

PLEA: **NOT GUILTY** plea entered by Defendant and asset forfeiture allegation denied.

☒Counsel made elections to the Procedural Order. Search warrants were not issued.

☒Notice given to Defendant and Counsel re *Due Process Protections Act.*

Jury Trial set for Monday, August 25, 2025 at 1:30 p.m. in Coeur d'Alene before Judge Amanda K. Brailsford.  A telephonic pre-trial readiness conference set for Thursday, August 14, 2025 at 4:00 p.m. before Judge Brailsford. Counsel for the Government is directed to initiate the call.

☒Government was not seeking detention. Conditions of Release discussed.

☒Court fund Defendant was a risk of flight, triggering hearing.

☒ Defendant temporarily released on Order Setting Conditions of Release issued in District of New Jersey.  Hearing on Conditions of Release set for Monday, June 30, 2025 at 10:00 AM (Mountain Time)/9:00 AM (Pacific Time) before Judge Raymond E. Patricco.