# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

UNITED STATES OF AMERICA

v.

SUSAN WHITE

*WARRANT FOR ARREST*

2:23-cr-137-BLW

**RECEIVED**
*By U.S. Marshals Service at 3:58 pm, May 16, 2023*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **SUSAN WHITE** and bring forthwith to the

nearest magistrate judge to answer **INDICTMENT** charging with the below listed violation.

18 U.S.C. § 1956(b) MONEY LAUNDERING CONSPIRACY
18 U.S.C. § 1956(a)(1)(B)(i) MONEY LAUNDERING – CONCEALMENT
18 U.S.C. § 1960 UNLICENSED MONEY TRANSMITTING BUSINESS



**United States Courts
District of Idaho**

**ISSUED**

*HaileyStevason
on May 16, 2023 3:50 pm*

Hailey Stevason, Deputy Clerk

Name and Title of Issuing Officer

May 16, 2023

Date

---

**RETURN**

---

This warrant was received May 16 2023_____ and executed with the arrest of the above-name
individual at _Newark, NJ_____.

_____

_____
Signature of Arresting Officer

_June 18 2025_____
Date of Arrest

Signed on behalf of arresting Secret Service Agent
Name & Title of Arresting Officer