

Justin Lonergan
601 W. Riverside Ave., Ste. 900
Spokane, Washington 99201
509.624.7606
Attorney for Susan White (Milne)

# United States District Court
## District of Idaho
### Honorable Amanda K. Brailsford

| | |
|---|---|
| United States of America, | No: 2:23-cr-0137-AKB |
| Plaintiff, | Declaration of Anthony White |
| v. | |
| Susan White (aka Susan Milne), | |
| Defendant. | |

Declaration of Anthony White

I, Anthony White, state as follows:

1. I am over 18 and competent to testify.

2. I currently live in Spokane Valley, Washington.

3. Susan White (Milne) is my biological mother.

4. I testified before the grand jury in this case.  At the time of my testimony, my mother was living with her husband in Scotland.  After I testified, I did not discuss specifics of my testimony with my mother before she returned to the United States. I did mention that I had testified, but never mentioned specific Federal charges, as I was not aware of any pending charges myself.

5. My mother has never said anything about avoiding travel to the United States for the purpose of avoiding these charges.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I am signing this declaration of my own free will and volition.

E-SIGNED by Anthony White
on 2025-07-24 23:37:10 GMT

_____

Name:  Anthony White


July 24, 2025

Date


Declaration of Anthony White