

Justin Lonergan
601 W. Riverside Ave., Ste. 900
Spokane, Washington 99201
509.624.7606
Attorney for Susan White (Milne)

# United States District Court
## District of Idaho
### Honorable Amanda K. Brailsford

| | |
|---|---|
| United States of America, | No: 2:23-cr-0137-AKB |
| Plaintiff, | Declaration of Scott Bucher |
| v. | |
| Susan White (aka Susan Milne), | |
| Defendant. | |

Declaration of Scott Bucher

I, Scott Bucher, state as follows:

1. I am over 18 and competent to testify.

2. I currently live in Coeur d'Alene, Idaho.

3. Susan White (Milne) is my biological mother.

4. I testified before the grand jury in this case. At the time of my testimony, my mother was living with her husband in Scotland. After I testified, I did not discuss my testimony with my mother before she returned to the United States. Prior to my mother visiting in May, I had not informed her that I testified before the grand jury.

5. My mother has never said anything about avoiding travel to the United States for the purpose of avoiding these charges.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I am signing this declaration of my own free will and volition.

E-SIGNED by Scott Bucher
on 2025-07-24 23:41:34 GMT

_____

Name:  Scott Bucher

July 24, 2025

Date

Declaration of Scott Bucher