CRIMINAL PROCEEDINGS –**Sentencing**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

U.S. District Judge Amanda K. Brailsford         Date: June 10, 2026
Case No.  2:23-cr-00137-AKB-1         Deputy Clerk: Sabrina Stokes
Place: Coeur D' Alene         Reporter: Tiffany Fisher
Time: 9:01 – 9:59 a.m.

### UNITED STATES OF AMERICA vs. SUSAN MILNE

Counsel for United States – Traci Whelen
Counsel for Defendant –  Justin Lonegran
Probation –  Tonya McDonald

(☒) Court reviewed case history.
(☒) Defendant previously entered a plea of GUILTY to Count 5 of the Indictment and agreed to the forfeiture.
(☒) Government moved to dismiss counts 1, 2, 3 and 4. GRANTED.

  **Total combined offense level 17.  Criminal history category 1. Guideline range of 24-30 months.[1]**

(☒) There being no objections, the Court accepts the Presentence report as its own findings.
(☒) Court granted the Government's oral motion of 3 level reduction for acceptance of responsibility. Court applied other variances as stated on the record.
(☒) Counsel made sentencing recommendations to the Court.
(☒) Defendant made statements on her own behalf.
(☒) Court addressed the 3553(a) factors.

**SENTENCE:** Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 12 months and 1 day.

It is further ordered that the defendant shall pay to the United States a $100 special assessment and the fine in this matter is waived. The defendant shall make restitution to Victim 1 in the amount of $47,630.75 and make restitution to Navy Federal Credit Union in the amount of $66,130.00 to the Clerk of the Court.  Interest on the restitution is waived.

---

[1] As noted in the sentencing recommendation. (Dkt. 56)

While all monetary penalties are due and payable immediately, having considered the defendant's financial resources, the Court orders payment under the following schedule unless modified by the Court:

While in custody, the defendant shall submit nominal payments of not less than $25 per quarter pursuant to the Bureau of Prisons' Inmate Financial Responsibility Program.

During the term of supervised release, the defendant shall submit nominal monthly payments of 10% of gross income, but not less than $50 per month.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 3 years. Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released.

The defendant shall comply with all mandatory, standard, and special conditions of supervised release as outlined in the sentencing recommendation (Dkt. 56) and judgment in this criminal case, to be filed by this Court.

(☒) Defendant advised of penalties for violation of terms and conditions of supervised release.
(☒) Right to appeal explained.
(☒) The property identified in the plea agreement is deemed forfeited.
(☒) The Court recommended the defendant receive credit for time served in federal custody.
(☒) It is recommended that the defendant participate in the RDAP program and any other available treatment while incarcerated including mental health treatment, and that she be housed in the facility in geographic proximity to the Spokane/Coeur D' Alene area.
(☒)The defendant shall surrender to the United States Marshal for this District.